On Remand from the Supreme Court
This court, on August 6, 1999, affirmed the trial court's judgment, without an opinion. Walden v. Smith Children Trust, *Page 340 781 So.2d 1029 (Ala.Civ.App. 1999) (table). The Alabama Supreme Court has reversed this court's judgment insofar as it affirmed the summary judgment in favor of the Smith Children Trust on Walden's claim alleging fraudulent suppression, and has remanded the case to this court.Ex parte Walden, 785 So.2d 335 (Ala. 2000). The summary judgment in favor of the Smith Children Trust on Walden's claim alleging fraudulent suppression is reversed, in compliance with the Supreme Court's opinion, and the case is remanded for further proceedings.
REVERSED IN PART AND REMANDED FOR FURTHER PROCEEDINGS.
Robertson, P.J., and Monroe, Crawley, and Thompson, JJ., concur.